Submitted March 8, reversed April 21, 2021

In the Matter of J. B.,
a Person Alleged to have Mental Illness.
## STATE OF OREGON,
*Respondent,*

*v.*

## J. B.,
*Appellant.*

Multnomah County Circuit Court
20CC02260; A174019

485 P3d 313

Monica M. Herranz, Judge pro tempore.

Joseph R. DeBin and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Inge D. Wells, Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Tookey, Judge, and Aoyagi, Judge.

PER CURIAM

Reversed.

**PER CURIAM**

Appellant appeals the judgment committing him to the Mental Health Division for a period not to exceed 180 days and an order prohibiting him from purchasing or possessing a firearm pursuant to ORS 426.130. Appellant argues that there was insufficient evidence for the court to find that he had a mental illness. The judgment that defendant had a mental illness was based on findings that appellant was dangerous to self and others. ORS 426.005 (1)(f)(A). The state concedes that the evidence in the record is insufficient to support commitment on the basis that he was a danger to others. We agree and accept that concession. The state argues, however, that the evidence as to danger to self was sufficient. We have reviewed the record, discussion of which would not benefit the bench, the bar, or the public. We agree with appellant that the record is insufficient to support commitment on the basis of danger to self. Consequently, we reverse appellant's judgment of commitment and firearm order.

Reversed.